UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KERVIN, JR., ET AL, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF PERSONS SIMILARLY SITUATED | * * * * * | CIVIL ACTION |
| | * | NUMBER: 10-4161 |
| Plaintiffs | * * | |
| VERSUS | * * | SECT. B; MAG. 3 |
| THE CITY OF NEW ORLEANS, THROUGH ITS ADMINISTRATION, ITS COUNCIL AND THROUGH THE DEPARTMENT OF PUBLIC WORKS, AMERICAN TRAFFIC SOLUTIONS, INC., and DEFENDANTS DOE ONE THROUGH DOE ONE HUNDRED | * * * * * * * | HON. IVAN L. R. LEMELLE JUDGE  HON. DANIEL E. KNOWLES, III MAGISTRATE |
| Defendants | * | |

\* \* \* \* \* \* \* \*

**THIRD AMENDED COMPLAINT BEFORE ANSWER**

**NOW COME** nominal plaintiffs**,** individually and on behalf of a class of persons similarly situated, through undersigned counsel, who with respect reiterate and re-aver *in extenso* the original *Class Action Complaint for Damages* and *First Amended Class Action Complaint Before Summons, Service and Answer* and the *Second Amended Complaint Before Answer* herein, and do amend and supplement same before Answer as indicated below:

**1.**

*To add as Defendants:*

12 (a). **ANYTIME SOLUTIONS, INC.**, a domestic corporation licensed to do and doing business in the State of Louisiana, having its principal place of business at municipal address 5000 West Esplanade Avenue, Metairie, Louisiana, within the Eastern District of Louisiana, at all times pertinent organized, managed, owned and/or operated by, and/or employer of, New Orleans Police Department - City of New Orleans employees, Ronal Serpas, Edwin Hosli, Darryl Albert, Eddie Selby and Darnell Saunders.

**2.**

To add Paragraphs 22(a)

22(a). Additionally, upon information and belief, **ANYTIME SOLUTIONS, INC**., was hired by Defendant the **CITY OF NEW ORLEANS** and began in September 2010 or earlier to review traffic tickets issued by the ATES.

22(b). Upon information and belief, the City of New Orleans has obligated itself to pay **ANYTIME SOLUTIONS, INC**. to perform the said reviews.

22 (c). The contract between Defendant the **CITY OF NEW ORLEANS** and **ANYTIME SOLUTIONS, INC**. was not subject to public bid, and therefore violates applicable public bid laws.

22(d). Any contract between Defendant the **CITY OF NEW ORLEANS** and **ANYTIME SOLUTIONS, INC**. is unlawful as contrary to public bid laws, and accordingly, null, void, and without effect, thus vitiating any authority whatsoever for **ANYTIME SOLUTIONS, INC**. to perform services, including but not limited to those ATES related, in addition to other reasons the described conduct is unlawful.

22(e).  Accordingly, any traffic ticket enforcement activities by **ANYTIME SOLUTIONS, INC.**, are null, void and without effect, as are any fines or other penalties inflicted upon the plaintiffs and plaintiff class as a result.

22(f).  Additionally, although Defendant is organized, managed, owned and/or operated by members of the New Orleans Police Department, it is not the **NEW ORLEANS POLICE DEPARTMENT**, and its involvement in ATES enforcement activities gives rise to the same causes of action alleged previously against **AUTOMATED TRAFFIC SOLUTIONS, INC.**, and the **CITY OF NEW ORLEANS** through violation of the same laws, statutes, ordinances, and constitutional provisions.  22(f).  Plaintiffs therefore reiterate, incorporate by reference, re-allege and re-aver against **ANYTIME SOLUTIONS, INC.**, all allegations contained in the original *Class Action Complaint for Damages* and *First Amended Class Action Complaint  Before Summons, Service and Answer* and the *Second Amended Complaint Before Answer.*

**WHEREFORE**, the Nominal Plaintiffs, in their own behalf and on behalf of a class and/or subclasses of persons similarly situated, prays that Defendants be duly served a copy of this Complaint and summoned to appear and timely answer same, that the Court assert supplemental jurisdiction over all state law claims cognizable herein, that the Court certify one or more class and or subclass definitions for class treatment, and after all due proceedings be had, there be judgment holding Defendants liable individually, jointly, divisibly, severally and *in solido* for all compensatory and punitive damages reasonable according to the facts and law, attorney's fees, legal interest from the date of judicial demand until paid, and for Defendants to bear all costs of these proceedings, and for all general, equitable and injunctive relief as may be had.

Plaintiffs request a trial by jury.

                                    Respectfully submitted,

**BEST KOEPPEL TRAYLOR** and
**LAW OFFICE OF BRIAN A. GILBERT,
P.L.C.**

\s\*Brian A. Gilbert*
**PETER S. KOEPPEL**
**W. SCARTH CLARK**
**BRIAN A. GILBERT** (21297)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Phone: 504.598.1000
Fax: 504.524.1024
peterklaw@aol.com
sclark@bestkoeppel.com
bgilbert@briangilbertlaw.com


**DOBRESCU AND ASSOCIATES**

**ALEXANDER DOBRESCU**, (#30848)
825 Baronne Street
New Orleans, LA 70113
Telephone: (504) 292-3888
Fax: 1800 641-6198
dobresculaw@yahoo.com

*Attorneys for the Plaintiff*


### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon all known counsel of record via United States First Class Mail, postage prepaid and properly addressed, and/or via electronic mail, and/or via facsimile, and/or via ECF upload, this 3d day of May, 2011.

                                    */s/Brian A. Gilbert*